## SINGLETARY *v.* WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 23, September Term, 1959.]

*Decided October 21, 1959.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

The petitioner in this application for leave to appeal to this Court under the Post Conviction Procedure Act raises no

question or questions that have not been previously decided by us adversely to his present contentions. All of the questions raised were amply considered, and properly decided, by the court below; hence, his application is denied for the reasons set out in the opinion of the trial judge.

*Application denied.*